**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**


Civil Action No. 15-cv-002844-GPG
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)


**W. T. CORTEZ-LAKES**,

      Plaintiff,

v.

**TERESA K. COZZA-RHODES**;
**PAUL ZOHN**; and
**FEDERAL BUREAU OF PRISONS**,

      Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

      Plaintiff initiated this action by filing a Prisoner Civil Rights Complaint and a

Prisoner's Motion and Affidavit for Leave to Proceed Under 28 U.S.C. 1915.

      As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has

determined that the submitted documents are deficient as described in this Order.

Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any

papers that Plaintiff files in response to this Order must include the civil action number

on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)    __    is not submitted
(2)    __    is missing affidavit
(3)    _X_    is missing certified copy of prisoner's trust fund statement for the 6-month
              period immediately preceding this filing
(4)    _X_    is missing a certified account statement showing the current balance in

              Plaintiff's prison account

(5)   ___   is missing required financial information

(6)   ___   is missing an original signature by the prisoner

(7)   ___   is not on proper form (must use the Court's current form)

(8)   ___   names in caption do not match names in caption of complaint, petition or habeas application

(9)   ___   An original and a copy have not been received by the court. Only an original has been received.

(10)   ___   other:

**Complaint, Petition or Application**:

(11)   ___   is not submitted

(12)   ___   is not on proper form (must use a Court-approved form)

(13)   ___   is missing an original signature by the prisoner

(14)   ___   is missing page nos. ___

(15)   ___   uses et al. instead of listing all parties in caption

(16)   ___   An original and a copy have not been received by the court. Only an original has been received.

(17)   ___   Sufficient copies to serve each defendant/respondent have not been received by the court.

(18)   ___   names in caption do not match names in text

(19)   _X_   other: **Improper Respondent is named**

Accordingly, it is

      **ORDERED** that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

      **FURTHER ORDERED** that Plaintiff shall obtain the Court-approved form used in filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at  www.cod.uscourts.gov to be used in curing the noted deficiencies.  It is

      **FURTHER ORDERED** that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action may be dismissed without

further notice.

      DATED January 4, 2016, at Denver, Colorado.

                  BY THE COURT:

                  s/Gordon P. Gallagher
                  United States Magistrate Judge